UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
-------------------------------------------------------------------X

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | DOCKET NUMBER: MDL 1871 2:07-MD-01871-CMR |

-------------------------------------------------------------------X

| | |
|---|---|
| THIS DOCUMENT RELATES TO: *WILLIAM STONE v. SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE LLC (GSK), et al.* | DOCKET NUMBER: 2:11-cv-00591-CMR |

-------------------------------------------------------------------X

## NOTICE OF DISMISSAL
(FRCP 41)

PLEASE TAKE NOTICE that pursuant to Fed.R.Civ. Pro. 41(a)(1), the Plaintiff, William Stone, dismisses the above-captioned case without prejudice before the opposing parties have served an answer or a motion for Summary Judgment.

Dated: January 28, 2011

            WEITZ & LUXENBERG, P.C.
            *Attorneys for Plaintiff*
            700 Broadway
            New York, New York 10003
            Phone: (212) 558-5500
            Facsimile: (212) 363-2721

            By: _/s/ Ellen Relkin_
            Ellen Relkin, Esq. (9536)